UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

No. MC-14-80054 EMC

**ORDER REJECTING COMPLAINT**

Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

In the instant case, Mr. Hurt purports to sue the United States arguing that the word "frivolous" does not appear in the United States Constitution and therefore its usage by the federal courts is a "plain form of prejudice." As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

                                                               EDWARD M. CHEN
                                                               United States District Judge